JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLLINS, | Case No. CV 12-5990-DMG (OPx) |
|         Plaintiff, | |
|      v. | **JUDGMENT** |
| LIBERTY LIFE ASSURANCE | |
| COMPANY OF BOSTON, aka LIBERTY | |
| MUTUAL, | |
|         Defendant. | |

This matter having come before the Court for a bench trial on May 21, 2013 and this Court having filed its Findings of Fact and Conclusions of Law,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff  Robert Collins is entitled to long-term disability benefits and has been at all times since their termination on or about September 24, 2011 to at least the date of Judgment, plus interest on each disability benefit payment at the rate pursuant to 28 U.S.C. § 1961(a), commencing from the date each such disability benefit payment became due to date of judgment;

2. The case is remanded to Defendant for handling consistent with the Court's Findings of Fact and Conclusions of Law;

3. Plaintiff is the prevailing party and is entitled to his costs of suit; and

4. Plaintiff may bring a motion pursuant to 29 U.S.C. § 1132(g) within 30 days from the date of this Judgment.

DATED:   December 11, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE